IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VASHUN LEWIS,<br>    Petitioner | :<br>:   No. 1:21-cv-01967<br>: |
| v. | :   (Judge Kane)<br>: |
| WARDEN OF USP-ALLENWOOD, et al.,<br>    Respondents | :<br>: |

## ORDER

**AND NOW**, on this 3rd day of December, 2021, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
